RECEIVED

JUL 2 7 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LETRAKUS TYLER** | **CIVIL ACTION NO. 6:15-cv-0824** |
| **LA. DOC #582686** | |
| **VS.** | **SECTION P** |
| | **JUDGE DOHERTY** |
| **WARDEN BURL CAIN** | **MAGISTRATE JUDGE HANNA** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this *habeas corpus* petition is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 27 day of July, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE